# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-762-377**

**Effective Date of Registration:**
April 06, 2015

## Title

- **Title of Work:** Good Kill
- **Previous or Alternate Title:** Drones

## Completion/Publication

- **Year of Completion:** 2014

## Author

- **Author:** Clear Skies Nevada, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

- **Copyright Claimant:** Clear Skies Nevada, LLC
  116 North Robertson Boulevard, Suite 200, Los Angeles, CA, 90048, United States

## Limitation of copyright claim

- **Material excluded from this claim:** script/screenplay
- **Previous registration and year:** PAu003726363
- **New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture, editing, photography, dialogue, music, special effects

## Certification

- **Name:** Emilie Kennedy
- **Date:** February 27, 2015

---

- **Correspondence:** Yes

Page 1 of 1

EXHIBIT 1