FILED16 AUG '16 9:19USDC-ORP

Name: Bruce McLaren
Address: 1515 SW 12th Ave #515____
    Portland, Oregon 97201____
Phone:   503-475-3019_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

_Clear Skies Nevada LLC._

    Plaintiff(s),                           Case No:

vs.                                          Docket #3:16-cv-01527_____

_Doe-73.1.54_

    Defendant(s).        Protective Motion to Quash or Vacate the Subpoena


_____ 1. The Subpoena in question should be quashed because of pursuant to Rule 45(e)(A), _____

_____ the Subpoena calls for the disclosure of confidential information. _____

_____ 2. Comcast is not a party of the action. _____

_____ 3. My computer notified me of an Internet Protocol address that matched mine. _____

_____ Did not know what that meant. _____

_____ 4. This motion is based on the Affidavit of Clear Skies, Nevada, LLC., _____

_____

Dated:  9/16/2016_____                               Bruce Mclaren